# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

July 30, 2020

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Barbera v. Foo and Foo LLC (1:20-cv-2347-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Robert Barbera, in the above in-captioned case. Defendant has yet to respond to the complaint. We respectfully request that the initial conference scheduled for August 6, 2020 be adjourned. Plaintiff will it default motion within the next 30 days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Robert Barbera*

MEMO ENDORSED
The August 6, 2020 conference is adjourned sine die. Plaintiff is directed to move for default by August 30, 2020.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
July 31, 2020