UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BARBERA,

            Plaintiff,

    -against-

FOO AND FOOD LLC,

            Defendant,

**ORDER**

20 Civ. 2437 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Complaint refers throughout to "Jawad Elatab" rather than Plaintiff. Plaintiff is directed to file and serve an Amended Complaint by **September 3, 2020**, and to file proof of service of the Amended Complaint thereafter.

Dated:  New York, New York
        August 27, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge