UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BARBERA,

                Plaintiff,

       -against-

FOO AND FOO LLC,

                Defendant.

**ORDER**

20 Civ. 2437 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff is directed to either move for default or dismissal as to Defendant Foo and Foo LLC by February 5, 2021.

Dated: New York, New York
       January 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge